**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                          **CASE NO.  4:11CR00209-31  JMM**

**ERNIE SMITH, a/k/a Old School,
a/k/a Smitty**

<u>**ORDER**</u>

Pending is the Government's motion to dismiss the indictment as to Defendant Ernie

Smith.  (Docket #916).  The motion is GRANTED.  Count One, as to Ernie Smith only, Count

Seventy-Seven, and Count Seventy-Eight of the Indictment are hereby dismissed without

prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
James M. Moody
United States District Judge